829 A.2d 297

**David ZERBY,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (READING ANTHRACITE COMPANY).**

**Petition of Reading Anthracite Company.**

Supreme Court of Pennsylvania.

July 18, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2003, the Petition for Allowance of Appeal is GRANTED. It is further ordered that the matter be CONSOLIDATED with *Colpetzer v. Workers' Compensation Appeal Board (Standard Steel)*, 802 A.2d 1233 (Pa.Commw.2002), *appeal granted,* 573 Pa. 660, 820 A.2d 163 (Pa.2003) (Nos. 646 MAL 2002 & 63 MAP 2003, granted April 22, 2003).